UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Karla J. P., | Case No. 22-cv-2131 (WMW/DLM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Kilolo Kijakazi, *Acting Commissioner of Social Security*, | |
| Defendant. | |

---

This matter is before the Court on the July 5, 2023 Report and Recommendation (R&R) of United States Magistrate Judge Douglas Micko. (Dkt. 23.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The July 5, 2023 Report and Recommendation, (Dkt. 23), is **ADOPTED**.

2. Plaintiff Karla J. P.'s Motion for Summary Judgment (Dkt. 16), is **GRANTED**;

3. Defendant Kilolo Kijakazi's Motion for Summary Judgement (Dkt. 19), is **DENIED**;

4. This matter is to be **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 28, 2023                                s/Wilhelmina M. Wright
                                                    Wilhelmina M. Wright
                                                    United States District Judge